IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>              Plaintiff,            )<br>                                                           )<br>      vs.                                             )<br>                                                           )<br>                                                           )<br>JEFFREY ECKERT,                     )<br>                                                           )<br>              Defendant.           ) | 8:14CR67<br><br>ORDER |

This matter is before the court on defendant's unopposed motion to continue trial [21] as counsel needs additional time to prepare for trial.  The court finds good cause being shown and the trial shall be continued.  The defendant shall comply with NECrimR 12.1(a).

**IT IS ORDERED** that the motion to continue trial [21] is granted, as follows:

1. The jury trial now set for September 9, 2014 is continued to **October 14, 2014.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable

3**.**  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 14, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED August 27, 2014.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**