IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:14CR67** |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| **JEFFREY ECKERT,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's unopposed motion to continue trial [23] due to the fact that defendant is needed to help with harvest and counsel has a conflict with November dates. The court finds good cause being shown and the trial shall be continued. The defendant has previously complied with NECrimR 12.1(a).

**IT IS ORDERED** that the motion to continue trial [23] is granted, as follows:

1. The jury trial now set for October 14, 2014 is continued to **December 2, 2014.**

2.. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 14, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED September 11, 2014.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge